■ In the Matter of JOSE RUIZ et al., Respondents, v ROBERT S. BLACK et al., Constituting the Board of Elections in the City of New York, Respondents, and PATRICK W. GIAGNACOVA et al., Appellants. — Appeal by certain candidates, as limited by their notices of appeal and their brief, from so much of a judgment of the Supreme Court, Kings County (Kramer, J.), dated August 20, 1984, as denied their motion to dismiss proceedings seeking

to invalidate petitions designating them as candidates in the Liberal Party primary election to be held on September 11, 1984 and invalidated the petitions as to them.

Judgment affirmed, insofar as appealed from, without costs or disbursements (see *Matter of Brosnan v Black,* 104 AD2d 469). Bracken, J. P., O'Connor, Niehoff and Boyers, JJ., concur.